**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

THOMAS WASHINGTON,

    Petitioner,

v.                                                                                    Case No. 12-12148
                                                                                  Hon. Lawrence P. Zatkoff

BONITA HOFFNER,

    Respondent.

_____/

**OPINION AND ORDER ADOPTING**
**MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**

This matter comes before the Court on the Magistrate Judge's Report and Recommendation [dkt 14], in which the Magistrate Judge recommends that Petitioner's application for the writ of habeas corpus [dkt 1] be denied. Also pending before the Court is Petitioner's motion to extend time for him to file objections [dkt 15] to the Report and Recommendation.

The Court has thoroughly reviewed the court file, the Report and Recommendation, and Petitioner's objections. The Court finds most–if not all–of the substance of Petitioner's objections to be contained in Petitioner's application for the writ of habeas corpus and therefore adequately addressed by the Magistrate Judge's Report and Recommendation. As such, the Court ADOPTS the Report and Recommendation and enters it as the findings and conclusions of this Court.

Accordingly, IT IS HEREBY ORDERED that Petitioner's application for the writ of habeas corpus [dkt 1] is DENIED.

IT IS FURTHER ORDERED that Petitioner's motion to extend time for him to file objections [dkt 14] to the Report and Recommendation is GRANTED.

IT IS SO ORDERED.

|  |  |
|---|---|
| Date: November 15, 2013 | S/Lawrence P. Zatkoff<br>Hon. Lawrence P. Zatkoff<br>U.S. District Judge |